# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────────────

Case No. 6D23-2084
Lower Tribunal No. 2019CA-0000162-000-00

───────────────────────────

COURTNEY STEPHENS a/k/a COURTNEY C. STEPHENS and VALERIE G. STEPHENS,

Appellants,

v.

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN-TRUST 2006-42, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-42,

Appellee.

───────────────────────────

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK, J., and LAMBERT, B.D., Associate Judge, concur.


Ryan Fojo, of The Ticktin Law Group, Deerfield Beach, for Appellants.

Adam A. Diaz, of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED